### General State Authority, to use, Appellant, *v.* Orndorff Construction Company, Inc.

Argued March 16, 1970. *Walter G. Stanton,* with him *William W. Litke,* and *Litke, Gettig, Flood & Geiser,* for appellant; *William K. Wright,* with him *John G. Williams, John J. Shumaker, William D. Miller,* and *Shumaker, Williams and Placey,* for appellees.

Judgment affirmed.

### Klang *v.* Barsky, Appellant.

Argued March 23, 1970. *Stephen A. Cozen,* with him *Orlofsky and Cozen,* for appellant; *Albert J. Schell, Jr.,* with him *Post & Schell,* for appellee.

Judgment affirmed.